IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

BEVERLY BRADFORD,  ]
        Plaintiff,  ]
        -vs-  ]   CA NO: 3:04-21864
          ]   <u>O R D E R</u>
RICHLAND COUNTY SCHOOL  ]
DISTRICT ONE AND SANITA
SAVAGE, INDIVIDUALLY AND  ]
IN HER CAPACITY AS SENIOR
ASSOCIATE FOR RICHLAND  ]
COUNTY SCHOOL DISTRICT
ONE, AND JOHN DOE ACTORS,  ]
        Defendant.  ]

      This is an employment discrimination case filed by the plaintiff Beverly Bradford pursuant to Title VII of the Civil Rights Act of 1964, as amended. The plaintiff alleges Title VII claims of disparate treatment in discipline based on her race and retaliation. She also alleges supplemental claims of breach of contract and breach of contract accompanied by a fraudulent act. The defendants deny the plaintiff's allegations and have moved for summary judgment. The matter is now before the Court upon the Report and Recommendation of the United States Magistrate Judge recommending summary judgment in favor of the defendants.

-1-

As to his findings on dispositive matters, the Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. See Mathews v. Weber, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of those portions of the Recommendation to which specific objection is made.

Here, plaintiff has not filed objections to the Report and Recommendation. Nonetheless, this Court has made a *de novo* review of the record before it and has determined that the Report and Recommendation of the Magistrate Judge should be and is hereby approved. The defendants motion for summary judgment is GRANTED.

IT IS SO ORDERED.

_____
MATTHEW J. PERRY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 30 2007